JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA MARIA BENSON,<br><br>                Plaintiff,<br><br>    v.<br><br>BENJAMIN RODRIGUEZ, et al.<br><br>                Defendants. | Case No. 5:20-cv-02594-JGB (SHKx)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: December 22, 2020

HONORABLE JESUS G. BERNAL
United States District Judge